**Order entered April 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01256-CV

**DEANNA AI LEE, Appellant**

**V.**

**KEVIN DUC NGUYEN, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-22786**

## ORDER

Before the Court is appellant's April 24, 2019 second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **May 24, 2019**. We caution appellant that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE